UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRISTAN BRAMAN, on behalf of himself and all others similarly situated, | ) ) ) | Case No. :   1:20 CV 1012 |
| | ) ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER OF DISMISSAL |
| KROY LLC, d/b/a/ Buckeye Business Products, Inc., | ) ) ) | |
| Defendant. | ) | |

Counsel has notified the Court that the above captioned case has been settled and the parties have filed a Joint Notice of Settlement (Doc. #9). Accordingly, this action is DISMISSED WITH PREJUDICE.  Case Management Conference set on 9/2/2020 at 08:45 AM is hereby cancelled. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: September 1, 2020