# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **TRISTAN BRAMAN**, on behalf of himself and all others similarly situated, | Case No. 1:20-CV-01012 |
| Plaintiff, | Judge Donald C. Nugent |
| v. | |
| **KROY LLC, d/b/a Buckeye Business Products, Inc.**, | |
| Defendant. | **ORDER AND JUDGMENT ENTRY APPROVING SETTLEMENT OF COLLECTIVE ACTION** |

THIS MATTER came before the Court upon the Parties' Joint Motion for Order and Judgment Entry Approving Settlement of Collective Action and Dismissing Action with Prejudice. Having reviewed the Motion, having reviewed the Parties' settlement papers and the amounts to be paid to Plaintiff, the Potential Opt-In Plaintiffs, and for Plaintiff's attorneys' fees and costs, and the Court being otherwise fully advised on the Motion, it is **ORDERED AND ADJUDGED** as follows:

The Joint Motion is **GRANTED**. The Court finds that the Parties' proposed agreement to settle this FLSA action (the "Settlement") was reached following arms' length negotiations between the Parties. The Court finds that the Settlement is fair, reasonable and just. The Settlement is therefore **APPROVED**. The case is certified as a collective action for settlement purposes only. The Claims Administrator designated by the Parties is authorized to send the notices and issue the payments pursuant to the terms of the Settlement. Plaintiff's Counsel's request for attorneys' fees, costs, and expenses is approved, and the forthcoming costs of the Settlement Claims Administrator are approved. The request for the service payment to Named Plaintiff is approved.

This Action is **DISMISSED WITH PREJUDICE** as a final judgment and this matter is closed.  This Court will This Court will RETAIN JURISDICTION to enforce the Settlement.

IT IS SO ORDERED this 29th day of SEPTEMBER, 2020.

_____
HONORABLE DONALD C. NUGENT